The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Layla H. by her next friend Maria Hussainzadah, et al.*
   *v. Commonwealth of Virginia, et al.*
   Record No. 1639-22-2
   Opinion rendered by Judge Beales on
   June 25, 2024

2. *William L. Respess, et al.*
   *v. VMI Alumni Association*
   Record No. 1290-23-3
   Opinion rendered by Judge Raphael on
   June 25, 2024

3. *Joseph Franklin Sechrist*
   *v. Commonwealth of Virginia*
   Record No. 1062-23-3
   Opinion rendered by Judge Friedman on
   July 2, 2024

4. *J.M., et al.*
   *v. A.A., et al.*
   Record No. 1855-22-2
   Opinion rendered by Judge Ortiz on
   July 16, 2024

5. *A.A., et al.*
   *v. J.M., et al.*
   Record No. 0876-23-2
   Opinion rendered by Judge Ortiz on
   July 16, 2024

6. *J.M., et al.*
   *v. A.A., et al.*
   Record No. 0940-23-2
   Opinion rendered by Judge Ortiz on
   July 16, 2024

7. *J.M., et al.*
   *v. A.A., et al.*
   Record No. 0953-23-2
   Opinion rendered by Judge Ortiz on
   July 16, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *David W. Fauber*
    *v. Town of Cape Charles, et al.*
    Record No. 0366-23-1
    Opinion rendered by Judge Raphael
      on January 30, 2024
    Refused (240116)

2. *Christopher Pompell*
    *v. Commonwealth of Virginia*
    Record No. 1246-23-3
    Opinion rendered by Judge O'Brien
      on March 26, 2024
    Appeal dismissed as the notice of appeal was not timely filed pursuant to Rule 5:14(a) (240360)